**No. 10-729. McNeil-P.P.C., Inc., Petitioner v. Armando Valdes, III, etc., et al.**

562 U.S. 1180, 131 S. Ct. 1021, 178 L. Ed. 2d 829, 2011 U.S. LEXIS 747.

January 18, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 27 So. 3d 689.